No. 93–586.  FEDORYK v. DUDLEY, JUDGE, CIRCUIT COURT OF MARYLAND, HOWARD COUNTY, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 93–608.  KNIGHT v. KNIGHT ET AL.  C. A. 9th Cir. Certiorari denied.

No. 93–5224.  DEAN v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 93–5311.  VALENTIN v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 93–5325.  SMITH v. TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 93–5544.  HUNT v. BEYER, ADMINISTRATOR, NEW JERSEY STATE PRISON, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 93–5608.  JAMES v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 93–5663.  ZIEGENHAGEN v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 93–5679.  BULLARD v. MISSOURI.  Sup. Ct. Mo.  Certiorari denied.

No. 93–5701.  CAUGHRON v. TENNESSEE.  Sup. Ct. Tenn. Certiorari denied.

No. 93–5711.  FAVOR v. ARVONIO, ADMINISTRATOR, EAST JERSEY STATE PRISON, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 93–5726.  MARTIN v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 93–5732.  CHARLES v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 93–5742.  ARNOLD v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 93–5776.  ARCHULETA v. UTAH.  Sup. Ct. Utah.  Certiorari denied.